No. 86–5711. BRYANT v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–5712. BROWN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–5720. BOSQUE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–5726. STEPHENS v. LACK. C. A. 6th Cir. Certiorari denied.

No. 86–5730. RUFFIN v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5731. LONG ET AL. v. MORAN, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 86–5732. PALMER v. BERRY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5733. HOLLAND v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5747. SIMPSON, AKA WOODS v. MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 86–5749. WOODFIN v. BOWEN. C. A. 4th Cir. Certiorari denied.

No. 86–5751. BEGAY ET AL. v. SMIALEK, STATE MEDICAL INVESTIGATOR. Sup. Ct. N. M. Certiorari denied.

No. 86–5755. SYKES v. VAN DE WATER ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–5767. HARDIN v. REDMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 86–5779. GHOLSTON v. LAMBERT ET AL. C. A. 11th Cir. Certiorari denied.